IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GRIMM, REBECCA GRIMM, BRANDIE R. KITE, MAKENZIE HAWTHORN, TERRY PYLES, and FRED L. MINES, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON SCHELLENBEG, MIKE PARKINSON, GRANITE CITY POLICE DEPARTMENT, and JOHN DOES 1-2,<br><br>Defendant. | Case No. 21-CV-280-SMY |

## ORDER

**YANDLE, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. Plaintiffs, who are proceeding *pro se*, filed a Complaint on March 15, 2021 pursuant to 42 U.S.C. § 1983 claiming their civil rights were violated by Defendants on June 12, 2020. The form complaint is signed by Plaintiffs Dennis Grimm and Rebecca Grimm only. No filing fee has been paid and no motion to proceed *in forma pauperis* has been filed.

A non-attorney cannot file or sign papers for another litigant. Thus, because the plaintiffs appear without counsel in this case, each plaintiff must sign documents for him or herself. *See Lewis v. Lenc-Smith Mfg. Co.*, 784 F.2d 829, 831 (7th Cir. 1986); FED. R. CIV. P. 11.[1]  And, each plaintiff must provide their mailing address and contact information (phone number and/or email address if available) on all pleadings and motions. Plaintiffs are **WARNED** that future group

---

[1] Rule 11 states, in pertinent part: "Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." FED. R. CIV. P. 11(a).

motions or pleadings that do not comply with this requirement shall be stricken pursuant to Rule 11(a). Finally, Plaintiffs must submit the $402.00 filing fee or each individual plaintiff must file a motion to proceed *in forma pauperis* as set forth in Local Rule 3.1.

Accordingly, Plaintiffs are **DIRECTED** to refile their Complaint on or before June 1, 2021 – signed by all plaintiffs who wish to proceed in this action. Further, Plaintiffs are **ORDERED** to pay the $402 filing fee or submit individual motions to proceed *in forma pauperis* by June 1, 2021. Failure to do any of the foregoing will result in dismissal of this case for want of prosecution.

**IT IS SO ORDERED.**

**DATED:  May 17, 2021**

**STACI M. YANDLE
United States District Judge**